3
MISCELLANEOUS

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

Noe Del Valle-Mejia          District of          B-04-019
vs.
United States of America     APPLICATION TO PROCEED
            Plaintiff        WITHOUT PREPAYMENT OF   United States District Court
                             FEES AND AFFIDAVIT      Southern District of Tex
            V.                                       FILED

                                                     AUG 1 3 2004
                             CASE NUMBER:            Michael N. K...
            Defendant                                Clerk of Court

I, __Noe Del Valle-Mejia_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☒ Yes        ☐ No        (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  __F.C.I. - Medium, Beaumont, Texas__

    Are you employed at the institution? __Yes__   Do you receive any payment from the institution? __Yes__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?        ☐ Yes        ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends             ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
    d. Disability or workers compensation payments      ☐ Yes    ☒ No
    e. Gifts or inheritances                            ☐ Yes    ☒ No
    f. Any other sources                                ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. __N/A__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   **None.**

I declare under penalty of perjury that the above information is true and correct.

7/7/04
Date

*Noe deLaFatte*
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 11253179 | Current Institution: | Beaumont FCC |
| Inmate Name: | DEL VALLE, NOE | Housing Unit: | Q |
| Report Date: | 07/14/2004 | Living Quarters: | Q03-304L |
| Report Time: | 3:21:43 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

Administrative Hold Indicator: No

| | |
|---|---|
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7474 |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 12/11/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 7/10/2004 3:05:26 AM |
| Account Status: | Active |
| ITS Balance: | $0.02 |

### FRP Plan Information

FRP Plan Type    Expected Amount   Expected Rate

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 11233179 | Current Institution: | Beaumont FCC |
| Inmate Name: | DEL VALLE, NOE | Housing Unit: | Q |
| Report Date: | 07-14-2004 | Living Quarters: | Q03-304L |
| Report Time: | 3:21:43 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7474 |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 12/11/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 7/10/2004 3:05:26 AM |
| Account Status: | Active |
| ITS Balance: | $0.02 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.24 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.24 |
| National 6 Months Deposits: | $246.40 |
| National 6 Months Withdrawals: | $246.55 |
| National 6 Months Avg Daily Balance: | $8.33 |
| Local Max. Balance - Prev. 30 Days: | $18.64 |
| Average Balance - Prev. 30 Days: | $1.95 |

Inmate Qualifies for OTC Medication

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $34.55
Last Sales Date: 7/7/2004 7:04:02 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments: