**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

AUG 19 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| NOE DEL VALLE-MEJIA | * | |
| VS | * | Misc. No. B04-019 |
| UNITED STATES OF AMERICA | * | (Cr. No. B02-323) |

United States District Court
Southern District of Texas
ENTERED

AUG 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

### O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **October 19, 2004**.

DONE at Brownsville, Texas, this 19thth day of August 2004.

---
Felix Recio
United States Magistrate Judge